## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VICTOR MADUKA,<br><br>    Plaintiff,<br><br> v.<br><br>JOHN PHELAN, in his official capacity as Secretary of the Navy,[1]<br><br>    Defendant. | Case No. 23-cv-274 (JMC) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, the Secretary's motion for summary judgment, ECF 10, is **GRANTED**, and Plaintiff's cross-motion for summary judgment, ECF 15, is **DENIED**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: March 12, 2026

---

[1] The current Secretary of the Navy has been substituted for the defendant that Plaintiff named, former Secretary Carlos Del Toro. Fed. R. Civ. P. 25(d).